# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2025

### NO. 03-24-00067-CR

**Roberto Ochoa, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that the "Statute for Offense" was "481.115(a), (d) Health & Safety Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.